**PIXTON LAW GROUP**
James A. Pixton (Bar No. 193263)
P.O. Box 2805
Berkeley, California 94702
Phone (510) 451-6200 Fax (510) 521-8849

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:

ALBERT LUNA and ARLEEN LUNA,

Debtor(s).

Case No.: 12-40091

Chapter 13

**OPPOSITION TO TRUSTEE'S REQUEST TO CLOSE CASE WITHOUT DISCHARGE**

The debtors in this case oppose the trustee's request to close the case without a discharge as follows:

1. The debtors provided their attorney with signed copies of their certification in support. of discharge and their certification re support (the "Documents") in April 2017.
2. The attorney inadvertently failed to file the Documents with the Court.
3. The attorney has now filed the documents.
4. Once the Documents are mailed to parties interests and the notice period runs, the debtors will be entitled to their discharge.

### **Prayer**

For the foregoing reasons, the debtor(s) pray(s) that the Court deny the trustee's request and grant such other relief as is necessary and just.

Respectfully submitted.

Dated: May 31, 2017        _____/s/ James A. Pixton_____
                           James A. Pixton, Attorney for Debtor(s)

Opposition - 1